Nov. Term,
1845.

Sutton
v.
Hays.

</div>

---

### Sutton *v.* Hays.

In trespass against *A.*, *B.*, and *C.*, the two former appeared to the action, and the writ was returned "not found" as to *C.* *Held*, that the plaintiff was entitled to a continuance in order that process might be served on *C.*

ERROR to the *Clark* Circuit Court.

Blackford, J.— This suit was commenced by *Sutton* against *Hays*, one *Guernsey*, now deceased, and one *Joseph T. Martin*. It was an action of trespass for an assault and battery and false imprisonment. At the next term after the writ issued, *Hays* and *Guernsey* appeared and pleaded not guilty. The writ being returned "not found" as to *Martin*, the plaintiff moved for a continuance that he might have *Martin* before the Court. The motion was overruled. The cause, as to *Hays* and *Guernsey*, was tried by a jury. Verdict and judgment for the defendants.

We think the plaintiff was entitled to a continuance. He had brought a joint suit against three defendants, and the writ as to one of them was returned "not found." The statute gave him the right, after such return, to proceed against the others; but he was not bound so to proceed. The cause should have been continued, to give the plaintiff an opportunity to have process served on *Martin*.

Dewey, J., having been concerned as counsel, was absent.

<div style="text-align:right">

*Thursday,
December* 4

</div>

Per  Curiam.—The  judgment  is  reversed  with  costs. Cause remanded, &c.

H. P. Thornton, for the plaintiff.